**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio MORALES, Defendant–**
**Appellant.**

**No. 06–50244.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 20, 2007.

Becky S. Walker, Esq., Lamar W. Baker, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Antonio Morales appeals from his guilty-plea conviction and 51–month sentence imposed for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Morales' request on appeal for a downward departure is essentially a challenge to the reasonableness of his sentence. Given the sentence Morales faced under the Guidelines and the other 18 U.S.C. § 3553(a) factors, we cannot say his below-Guidelines sentence was unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* — U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.